**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MISSION GROVE PLAZA L.P., a California limited partnership, et al.,<br><br>　　　　Defendants. | CASE NO. EDCV08-162 SGL (JCRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MISSION GROVE PLAZA L.P. AND REGIONAL PROPERTIES, INC. [FED.R.CIV.P. 41(a)(1)(A)(ii)]**<br><br>JUDGE: Hon. Stephen G. Larson |

1  Based on the parties' stipulation, it is hereby ORDERED that defendants
2  MISSION GROVE PLAZA L.P. and REGIONAL PROPERTIES, INC. are
3  dismissed from this action with prejudice.  Each party shall bear its own attorneys'
4  fees and costs.

5  IT IS SO ORDERED.

6  DATED:  October 28, 2009

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

SF/1627305v1

-2-   CASE NO. EDCV08-162 SGL (JCRx)
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MISSION GROVE PLAZA
L.P. AND REGIONAL PROPERTIES, INC. [FED.R.CIV.P.41(a)(1)(A)(II)]