# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY<br>Plaintiff,<br><br>v.<br><br>~~MISSION GROVE PLAZA L.P.;~~<br>~~REGIONAL PROPERTIES, INC.;~~<br>~~HEALTH RHYTHMS MEDI SPA & TAN;~~<br>~~HEALTH DIRECTIONS, INC., dba~~<br>~~HEALTH RHYTHMS; MERCY~~<br>~~CHAMPLIN; SANDRA L. ALDERSON;~~<br>~~ANDREW RAMIREZ~~; and SHASHANNA JONES<br>Defendants. | CASE NO. EDCV 08-162 SGL (JCRx)<br><br>JUDGMENT |

On September 14, 2009, the Court granted plaintiff's Motion for Partial Summary Judgment on its claim for declaratory relief. All other claims have been dismissed, and the claim for declaratory relief has been dismissed against all defendants other than Shashanna Jones.

Accordingly, it is ORDERED AND ADJUDGED that judgment on plaintiff's claim for declaratory relief is entered in favor of plaintiff and against defendant Jones. This constitutes a final judgment resolving this action.

SO ORDERED.

DATE: October 28, 2009

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE