IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MARYLAND CASUALTY COMPANY,

        Plaintiff,

v.                           CIVIL ACTION NO.  ED CV 08-00162 JRG (JCR)

MISSION GROVE PLAZA LP., et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion granting the plaintiff's Motion to Amend Judgment [Docket 112] and Application for Default Judgment [Docket 117], the court **ORDERS** that judgment be entered in favor of the plaintiff against Health Directions, Inc., Andrew Ramirez, Mercy Champlin, and Shashanna Jones on the first cause of action in the Complaint. The court further **ORDERS** that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      March 2, 2010

                *[signature]*
                Joseph R. Goodwin, Chief Judge